# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ELEUTERIA BOCANEGRA,**

    **Plaintiff,**

v.                                                        Case No.  8:13-cv-1808-T-30MAP

**RREMC RESTAURANTS LLC,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Remand (Dkt. 5) and Defendant's Response (Dkt. 7).  In its response, Defendant concedes that its removal was untimely under 28 U.S.C. § 1446(1).  Accordingly, for the reasons stated in Plaintiff's motion, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Remand (Dkt. 5) is granted.

2. The Clerk of Court is directed to remand this action to the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, and provide that court with a copy of this order.

3. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2013.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-1808.remand.frm